**Order entered March 11, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01005-CV

### GREG GUTMAN, Appellant

### V.

### JOE JAMESON, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05078-D**

### ORDER

Before the Court is appellee's March 9, 2022 first partially opposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 11, 2022.

/s/    CRAIG SMITH
       JUSTICE